USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/6/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
MICHAEL P. GOODMAN, : 21-cv-10902 (GHW) (RWL)

                Plaintiff, : **ORDER**

      - against -

GILA GOODMAN, a/k/a Gila Dweck, a/k/a
Gila Dabah, Jane Doe 1 through 20

               Defendants.
-------------------------------------------------------------X

**ROBERT W. LEHRBURGER, United States Magistrate Judge.**

On February 12, 2023, Judge Woods dismissed all claims except Plaintiff's ECPA claim. (Dkt. 46.) Although fact and expert discovery have closed (*see* Dkt. 32), the parties have filed nothing since February 2023.

Accordingly, the parties shall jointly file a status update by September 13, 2023.

SO ORDERED.

_____
ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE

Dated: September 6, 2023
       New York, New York

Copies transmitted to all counsel of record.