# KIRKLAND & ELLIS LLP

AND AFFILIATED PARTNERSHIPS

601 Lexington Avenue
New York, NY 10022
United States

+1 212 446 4800

www.kirkland.com

Jay P. Lefkowitz, P.C.
To Call Writer Directly:
+1 212 446 4970
lefkowitz@kirkland.com

Facsimile:
+1 212 446 4900

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 9/13/2023
```

September 13, 2023

**VIA CM/ECF**

The Honorable Robert W. Lehrburger
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re:   *Goodman v. Goodman et al.*, No. 1:21-cv-10902-GHW-RWL

Dear Judge Lehrburger:

We represent Defendant Gila Goodman ("Defendant") in the above-captioned action. We write on behalf of both parties pursuant to Your Honor's September 6, 2023 Order (Dkt. 47) requesting the submission of a joint status update.

At this time, Michael P. Goodman ("Plaintiff") intends to pursue his remaining ECPA claim in this matter. However, the trial for the parties' related matrimonial action is scheduled to begin in October. Given the overlapping issues in the matrimonial action and this proceeding, as well as the possibility of a global settlement between the parties, the parties respectfully request that this matter be stayed for a period of 60 days. The parties shall then file a joint status update, informing the Court whether a settlement has been reached or, if not, of the parties' positions on a revised case schedule.

Sincerely,

/s/ Jay P. Lefkowitz

*Counsel for Defendant Gila Goodman*

cc: Counsel of Record (via ECF)

The request is granted. This case is stayed until November 12, 2023. The parties shall file a status report by November 13, 2023, or within five days of having reached a global settlement, whichever is earlier.

SO ORDERED:

9/13/2023

HON. ROBERT W. LEHRBURGER
UNITED STATES MAGISTRATE JUDGE