```
                                                    USDC SDNY
                                                    DOCUMENT
UNITED STATES DISTRICT COURT                        ELECTRONICALLY FILED
SOUTHERN DISTRICT OF NEW YORK                       DOC #: _____
------------------------------------------------------------X   DATE FILED: 12/19/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                                                    :
MICHAEL P. GOODMAN.,                                :
                                                    :
                                    Plaintiff,      :        1:21-cv-10902-GHW
                                                    :
              -v-                                   :        ORDER
                                                    :
GILA GOODMAN, A/K/A GILA DWECK,                     :
A/K/A GILA DABAH, JANE DOE 1                        :
THROUGH 20,                                         :
                                                    :
                                    Defendant.      :
------------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

As stated on the record during the conference held on December 18, 2025, Plaintiff is directed to submit supplemental briefing regarding the substance of each trial witness's testimony no later than December 23, 2025. Specifically, the briefing should address the extent to which any witness testimony will be proffered as expert testimony. If Plaintiff does intend to proffer expert testimony, the briefing should also discuss whether the Court should permit such testimony notwithstanding Plaintiff's failure to make any expert disclosures in this case pursuant to Federal Rule of Civil Procedure 26(a)(2)(D). Defendant is directed to submit any opposition no later than December 29, 2025. Any reply is due no later than December 31, 2025.

As the Court also stated on the record during the conference held on December 18, 2025, any objections to the Court's questions for prospective jurors, as well as the overview of facts and law to be read to the jury, are due no later than December 22, 2025.

The parties are directed to submit revised jury instructions no later than December 29, 2025.

SO ORDERED.

Dated: December 19, 2025
       New York, New York

                                          _____
                                               GREGORY H. WOODS
                                             United States District Judge