UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X

MICHAEL P. GOODMAN.,                               :
                                                   :
                              Plaintiff,           :
                                                   :
              -v-                                  :
                                                   :
GILA GOODMAN, A/K/A GILA DWECK,                    :
A/K/A GILA DABAH, JANE DOE 1                        :
THROUGH 20,                                         :
                                                   :
                              Defendant.           :
-------------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/1/2026

1:21-cv-10902-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

On December 24, 2025, Defendant filed a letter challenging the sufficiency of Plaintiff's responses to Defendant's December 19, 2025 discovery requests. Dkt. No. 121. For the reasons stated on the record during the conference held before the Court on December 30, 2025, the Court will not compel further responses to Defendant's December 19, 2025 discovery requests at this time.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 86.

SO ORDERED.

Dated: January 1, 2026
New York, New York

_____
GREGORY H. WOODS
United States District Judge